UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES L. CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:08CV1648-DJS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on January 7, 2010, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #19] is accepted and adopted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner for further consideration.

Dated this 20th day of January, 2010.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE